IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACEY ZULINSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-630-SLR |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 14, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Michael J. Astrue and against plaintiff Stacey Zulinski.

_____
United States District Judge

Dated: March 17, 2008

_____
(By) Deputy Clerk